THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES WOODARD, Appellant, v JOHN BEAVER, as Superintendent of Orleans Correctional Facility, Respondent. [741 NYS2d 490] —Ap-

peal from a judgment (denominated order) of Supreme Court, Erie County (Gorski, J.), entered March 1, 2001, which dismissed the petition seeking a writ of habeas corpus.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see People ex rel. Kendricks v Smith*, 52 AD2d 1090). Present—Pine, J.P., Hurlbutt, Burns and Lawton, JJ.